IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
NO. 4:16-CV-354-RBH

| | |
|---|---|
| LOWES FOODS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BURROUGHS & CHAPIN COMPANY, INC., et al., <br><br> Defendants. | **ORDER EXTENDING THE CONSENT CONFIDENTIALITY ORDER TO NON-PARTIES LSTAR AND AFFILIATED ENTITIES** |

The parties in this action have stipulated to extending the protections of the CONSENT CONFIDENTIALITY ORDER (ECF No. 27) to cover documents and deposition testimony from non-parties LStar Management, LLC; GDMB Commercial, LLC; and GDMB Associates, LLC (collectively, the "non-parties"). The parties have jointly moved for an Order so extending these protections. Good cause being shown, the Court hereby GRANTS the parties' motion and ORDERS that the parties afford the same protections to documents and testimony designated as CONFIDENTIAL by the non-parties as if such documents or testimony had been so designated by a party pursuant to the Consent Confidentiality Order.

**IT IS SO ORDERED.**

s/R. Bryan Harwell
May 3, 2018
Florence, South Carolina

R. Bryan Harwell
United States District Judge