# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| LOWES FOODS, LLC, | ) | Civil Action No. 4:16-cv-00354-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **CONSENT ORDER** |
| BURROUGHS & CHAPIN | ) | **RESOLVING JULY 2, 2018** |
| COMPANY, INC.; GRANDE DUNES | ) | **DISCOVERY DISPUTE** |
| DEVELOPMENT COMPANY, LLC; | ) | |
| and MYRTLE BEACH FARMS | ) | |
| COMPANY, INC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

As agreed to by the parties to this Order during their July 2, 2018 teleconference with the Court, the parties shall produce documents in the manner set forth in this Order.

1. Plaintiff shall produce the PowerPoint presentations from January 1, 2012, to the present that were referenced in the depositions of Jillian Overton and George Hine and that are the subject of this discovery dispute. Plaintiff may redact all information in the aforementioned PowerPoint presentations that does not relate to the following Lowes Foods stores: Little River (# 223), Myrtle Beach Grande Dunes (#234), Myrtle Beach South Strand (#232), Murrells Inlet (#233), Myrtle Beach Carolina Forest (#240), and Pawleys Island (#259).

2. Defendants shall produce all non-privileged documents from January 1, 2012, to the date this lawsuit was filed that are responsive to Plaintiff's Requests for Production 18, 19, 20, 21, 22, and 23. If documents produced by Defendants pursuant to this Order reveal that additional documents responsive to Plaintiff's Requests for Production 18, 19, 20, 21, 22, and 23 are likely to exist from the time period beginning January 1, 2010 and ending December 31, 2011, then Plaintiff reserves the right to move the Court for an order compelling Defendants to produce such additional documents.

All documents that are the subject of this order shall be produced no later than Monday July 16, 2018. All documents and information produced pursuant to this Consent Order shall be subject to the Confidentiality Order on file for this case. (*See* Consent Confidentiality Order, ECF No. 27.)

**IT IS SO ORDERED.**

                 s/R. Bryan Harwell
                 R. Bryan Harwell
                 United States District Judge

July 3, 2018
Florence, SC

We Consent: /s/ Mark W. Kinghorn
Counsel for Plaintiff

/s/ Cory E. Manning
Counsel for Defendants